UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMIR AL BEOOL,<br>ALI AGLLAH ALBWUL, and<br>MUAYYAD DEEK,<br><br>　　　　Defendants. | Case No. CR 06-387-DSF<br>　　　　　CV 08-4988-DSF<br><br>**ORDER DENYING WITHOUT PREJUDICE THE MOTION TO OBTAIN COPY OF LEGAL DOCUMENTS** |

　　Defendant Ali Albwul asks that the Court order that certain documents be provided to him so that he can prepare a "petition of Habeas Corpus Section §2255." He asserts that "Due to this Court order I can't contact my attorney Mr. Richard Steingard, to obtain the copies of my case."

　　Defendant's motion pursuant to § 2255 was denied on January 15, 2009. Moreover, the Court is not aware of any order that it made, or any other reason, that would prevent Defendant from contacting Mr. Steingard concerning the documents that he seeks.

1   The Motion is denied without prejudice.

4   DATED: January 23, 2009

*Dale S. Fischer*
_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2